**Gary FULLER, Appellant,**

v.

**Keith FULLER, et al. Respondents.**

No. WD 55244.

Missouri Court of Appeals,
Western District.

June 9, 1998.

As Modified June 30, 1998.

Gary J. Fuller, Jefferson City, pro se.

Charles J. McPheeters, Kent Brown, Jefferson City, for Fuller, Harris and Board of Curators of Lincoln University.

Before ULRICH, C.J., and
LOWENSTEIN and RIEDERER, JJ.

### ORDER

PER CURIAM.

Appellant's petition for damages for a civil rights violation was dismissed for failure to state a claim for which relief could be granted. Affirmed. 84.16(b).